**Fill in this information to identify the case:**

Debtor 1: Peggy J. Altherr

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 1706765

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 5

**Date of payment change:** Must be at least 21 days after date of this notice: 11/01/2019

**New total payment:** Principal, interest, and escrow, if any: $599.81

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 0 6

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Payment change resulting from a discontinuance of Mortgage Insurance Premium.

   Current mortgage payment: $ 640.30    New mortgage payment: $ 599.81

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1  Peggy J. Aither
    First Name    Middle Name    Last Name

Case number (if known): 17-06765

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Brandon Lolwing      Date 10/11/2019
Signature

Print: LOLWING, BRANDON      VP Loan Documentation
    First Name    Middle Name    Last Name      Title

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
    Number    Street

1000 Blue Gentian Road
Address 2

Eagan      MN      55121-7700
City      State      ZIP Code

Contact phone: 800-274-7025      NoticeOfPaymentChangeInquiries@wellsfargo.com
     Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

Chapter 13 No. 1706765
Judge: Jeffrey J. Graham

In re:

Peggy J. Altherr

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before October 11, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Peggy J. Altherr
618 Berryman Pike

Tipton IN 46072

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Joshua L Twombley
Law Office of Joshua Twombley, LLC
515 W. Sycamore Street

Kokomo IN 46901

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Trustee:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

John Morgan Hauber
Office of John M. Hauber, Chapter 13 Trustee
320 N. Meridian St., Ste. 200

Indianapolis IN 46204

/s/Brandon Lolwing

VP Loan Documentation

Wells Fargo Bank, N.A.